UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON KRUEGER,

                Plaintiff,

v.                              Case No. 17-cv-1213

FREEDOM MORTGAGE
CORPORATION; EXPERIAN
INFORMATION SOLUTIONS,
INC; EQUIFAX INFORMATION
SERVICES, LLC.; AND TRANS
UNION LLC,

                Defendants.

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION, LLC ONLY**

       Plaintiff Shannon Krueger, and Defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC, by their respective counsel, hereby provide notice to the court that a settlement has been reached as to the Plaintiff and Defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC only. These parties are working to prepare settlement documents and anticipate filing a Stipulation of Dismissal shortly.

       Dated this 22nd day of November, 2017.

/s/ Nathan E. DeLadurantey
Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
330 S. Executive Drive, Suite 109
Brookfield, WI 53005
(414) 377-0515; (414) 755-0860 – Fax
Nathan@dela-law.com
*Attorney for the Plaintiff*


/s/ Christopher A. Hall
Christopher A. Hall
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 782-3939
chall@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*


/s/ Kendall W. Carter
Kendall W. Carter
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600 (tel)
(404) 572-5100 (fax)
kcarter@kslaw.com
*Attorney for Defendant Equifax Information Services LLC*


/s/ Scott E. Brady
Scott E. Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
sbrady@schuckitlaw.com
*Attorneys for Defendant Trans Union, LLC*