UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON KRUEGER,

                Plaintiff,

v.                                              Case No. 17-cv-1213

FREEDOM MORTGAGE
CORPORATION; EXPERIAN
INFORMATION SOLUTIONS,
INC; EQUIFAX INFORMATION
SERVICES, LLC.; AND TRANS
UNION LLC,

                Defendants.

## STIPULATION OF DISMISSAL AS TO
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Plaintiff Shannon Krueger ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant Equifax"), by their respective counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and all of the Plaintiff's causes of action and claims against Defendant Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: February 7, 2018.

                                              **DeLadurantey Law Office, LLC**

                                              s/ Nathan E. DeLadurantey
                                              Nathan E. DeLadurantey (1063937)
                                              330 S. Executive Drive, Suite 109
                                              Brookfield, WI 53005
                                              E: nathan@dela-law.com
                                              P: 414-377-0515
                                              F: 414-755-0860
                                              *Attorney for Plaintiff*

**KING & SPALDING LLP**

s/ Kendall W. Carter
Kendall W. Carter
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600 (Telephone)
(404) 527-5100 (Facsimile)
E-Mail: kcarter@kslaw.com
*Attorney for Defendant Equifax Information Services, LLC*