UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON KRUEGER,

         Plaintiff,

 v.              Case No. 17-cv-1213

FREEDOM MORTGAGE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; AND TRANS UNION LLC,

         Defendants.

## STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Plaintiff Shannon Krueger ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant Experian"), by their respective counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and all of the Plaintiff's causes of action and claims against Defendant Experian should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: <u>March 1, 2018</u>.

               **DeLadurantey Law Office, LLC**

               <u>s/ Nathan E. DeLadurantey</u>
               Nathan E. DeLadurantey (1063937)
               330 S. Executive Drive, Suite 109
               Brookfield, WI 53005
               E: nathan@dela-law.com
               P: 414-377-0515
               F: 414-755-0860
               *Attorney for Plaintiff*

**JONES DAY**

s/ Christopher A. Hall
Christopher A. Hall
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 782-3939 (Telephone)
(312) 782-8585 (Facsimile)
E-Mail: chall@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*