UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON KRUEGER,

                Plaintiff,

    vs.                                      Case No. 17-cv-1213

FREEDOM MORTGAGE
CORPORATION,

                Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Shannon Krueger, and Defendant Freedom Mortgage Corporation, by their respective counsel, hereby respectfully stipulate and notify the Court that all matters herein between the parties have been settled, and that the Plaintiff's cause against the Defendant shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: July 6, 2018.

**DeLadurantey Law Office, LLC**

s/ Nathan E. DeLadurantey
Nathan E. DeLadurantey (1063937)
330 S. Executive Drive, Suite 109
Brookfield, WI 53005
E: nathan@dela-law.com
P: 414-377-0515
F: 414-755-0860
*Attorney for Plaintiff*

**Dinsmore & Shohl LLP**

s/ Timothy Binetti
Timothy Binetti (Wis. Bar 1101630)
227 W. Monroe Street, Suite 3850

Chicago, IL 60603
E: timothy.binetti@dinsmore.com
P: 312-428-2723
F: 312-372-6085
*Attorney for Defendant Freedom Mortgage*